IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN  DIVISION

ANNETTE R. WAYNE,                              )
                                               )
                   Plaintiff,                  )          No.  C05-4115-DEO
                                               )
          vs.                                  )
                                               )          JUDGMENT
JO ANNE B. BARNHART,                           )          IN A CIVIL CASE
Commissioner of Social Security,               )
                                               )
                   Defendant.                  )


        This action came before the Court.  The issues have been decided and a decision has been

rendered.

        IT IS ORDERED AND ADJUDGED

        The decision of the Administrative Law Judge is reversed and the Commissioner is
directed to compute and award disability benefits to Plaintiff with an onset date of July 3, 2002.

Dated: September 21, 2006               PRIDGEN J. WATKINS_____
                                        Clerk


                                        _/s/ des_____
                                        (By) Deputy Clerk