# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| ANNETTE R. WAYNE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | **No. 05 CV 4115**<br><br>**ORDER** |

This matter is now before the Court pursuant to plaintiff's, "Motion For Award of Attorney's Fees Pursuant To The Equal Access To Justice Act 28 U.S.C. §2412". Docket No. 19. Plaintiff has requested attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412, in the amount of $3,279.14., which includes 21.95 hours of attorney time at $149.39 per hour.

The defendant has filed "Defendant's Response To Plaintiff's Application For Attorney Fees Under The Equal Access To Justice Act" (Docket No. 21). It is the government's position that they do not oppose the application for attorney fees.

**IT IS THEREFORE HEREBY ORDERED** that the plaintiff's motion (Docket No. 19) is **granted**. Plaintiff is granted attorney fees pursuant to the Equal Access to Justice Act, 28

U.S.C. §2412, in the agreed upon amount of $3,279.14, to be paid from SSA appropriations.

    **IT IS SO ORDERED** this 8th day of November, 2006.

                                            Donald E. O'Brien, Senior Judge
                                            United States District Court
                                            Northern District of Iowa