IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| ANNETTE R. WAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-4115-DEO |
| | ) | |
| vs. | ) | |
| | ) | ATTORNEY FEE JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

       Attorney fees are hereby awarded to the plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the agreed amount of Three Thousand Two Hundred Seventy-Nine dollars and fourteen cents ($3,279.14) to be paid from SSA appropriations.

Dated: November 8, 2006          PRIDGEN J. WATKINS
                                     Clerk

                                     /s/ des
                                   (By) Deputy Clerk